UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNAE BREANNE SHEPARD,** | No. ED CV 15-01703-VBF-JC |
| Plaintiff-Appellant, | **ORDER** |
| v. | Overruling Commissioner's Objections; Adopting the Report & Recommendation |
| CAROLYN W. COLVIN - Acting Commissioner of Social Security, | Vacating the Commissioner's Decision and Remanding to SSA for Further Proceedings; |
| Defendant-Appellee. | Directing the Entry of Separate Judgment |

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed plaintiff-appellant Lynae Breanne Shepard's complaint and appeal from the denial of Social Security disability benefits (CM/ECF Document ("Doc") 1), the defendant-appellee Commissioner's answer and certified administrative record filed November 2, 2015 (Docs 10 and 11), Shepard's motion for summary judgment and an award of benefits or for vacatur and remand (Doc 12) and accompanying memorandum (Doc 13), the Commissioner's opposition brief (Doc 16), the well-reasoned Report and Recommendation ("R&R") issued by the Honorable Jacqueline Chooljian, United States Magistrate Judge, pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on August 8, 2016 (Doc 18), the Commissioner's timely objections filed August 22, 2016 (Doc 19),  Shepard's timely response to those objections filed September 8, 2016 (Doc 20), and the applicable law.

Finding no error of law, fact, or logic in the R&R, the Court will overrule the

1  Commissioner's objections and adopt the R&R.  Accordingly, the Court will accept the Magistrate's
2  factual findings and legal conclusions and implement her recommendations.
3
4                                                    ORDER
5       The Commissioner's objection **[Doc #19] is OVERRULED.**
6       The Report and Recommendation **[Doc #18] ADOPTED.**
7
8       Appellant's motion for summary judgment or for remand **[Doc #12] is GRANTED in part**
9  **and DENIED without prejudice in part.**
10      Appellant's motion is granted in part as follows:  The Court **VACATES** the Commissioner's
11  decision and **REMANDS** to the agency for further proceedings consistent with the R&R.
12      Appellant's motion is denied without prejudice in part as follows:  The Court declines to
13  *reverse* the decision, i.e., the Court will not direct the Commissioner to award benefits at this time.
14
15      Judgment will be entered consistent with this order.
16      "As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document."
17  *Toy v. Soto*, 2015 WL 2168744, *1 (C.D. Cal. May 5, 2015) (citing *Jayne v. Sherman*, 706 F.3d 994,
18  1009 (9th Cir. 2013)) (footnote 1 omitted), *appeal filed*, No. 15-55866 (9th Cir. June 5, 2015).
19
20      **The case SHALL BE TERMINATED and closed (JS-6).**
21
22
23  Dated:  Monday, September 26, 2016          *Valerie Baker Fairbank*
                                                _____
24                                              Valerie Baker Fairbank
25                                              Senior United States District Judge