# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNAE BREANNE SHEPARD,** | No. ED CV 15-01703-VBF-JC |
| Plaintiff-Appellant, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN - Acting Commissioner of Social Security, | |
| Defendant-Appellee. | |

Pursuant to this Court's contemporaneously issued Order Overruling Appellee Commissioner's Objections, Adopting the Report and Recommendation, Vacating the Commissioner's Decision and Remanding to the SSA for Further Administrative Proceedings, Directing the Entry of Separate Judgment, and Terminating the Case, **it is hereby adjudged that the decision of the Commissioner of Social Security denying benefits is vacated in part and this matter is remanded to the Social Security Administration for further administrative action consistent with the Report and Recommendation.**

DATED:  Monday, September 26, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge