UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNAE BREANNE SHEPARD,**      ) | Case No.  5:15-CV-01703-VBF-JC |
| ) | |
| Plaintiff,      ) | **ORDER** |
| ) | |
| v.      ) | **Awarding Attorney Fees Under the** |
| ) | **EAJA Pursuant to 28 U.S.C.** |
| CAROLYN W. COLVIN,      ) | **§ 2412(d) and** |
| Acting Commissioner of Social      ) | |
| Security,      ) | **Awarding Costs Pursuant to 28** |
| ) | **U.S.C. § 1920** |
| Defendant.      ) | |

Based upon the parties' joint stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, the Court orders as follows:

Plaintiff **SHALL BE AWARDED** attorney fees under the EAJA in the amount of FIVE THOUSAND SEVEN HUNDRED DOLLARS ($5,700.00).

Plaintiff **SHALL BE AWARDED** costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00).

These awards are subject to the terms of the above-referenced stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010).

Any payment shall be delivered to plaintiff's counsel.

Dated: Tuesday, December 27, 2016

Valerie Baker Fairbank
Senior United States District Judge

2